UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY
and ALLSTATE PROPERTY AND
CASUALTY COMPANY,                                              Case No. 11-11988

        Plaintiffs,
v.                                                                                          Hon. AVERN COHN

AWAN & ASSOCIATES P.C. PAIN
MANAGEMENT & REHAB CENTER P.C.
VASA-RX, INC, d/b/a/ ALL CARE PHARMACY
KAIS, LTD, d/b/a/ COMPREHENSIVE
PHYSICAL THERAPY

        Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART
## DEFENDANTS' MOTION TO DISMISS

This is a fraud case arising out of claims for reimbursement under Michigan's No-Fault Act. For the reasons stated on the record at the hearing held on October 5, 2011, the motion is **GRANTED IN PART AND DENIED IN PART**.

Counts II, Insurance Fraud, III, Claim to Pierce the Corporate Veil and IV, Violation of the Public Health Codes of the complaint are DISMISSED.

        **SO ORDERED.**

Dated: October 06, 2011                              s/Avern Cohn
                                                                    U.S. District Court Judge

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 6, 2011, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160